# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re  *Daniel A. Bullard*

Case No.  *06-30051*

Chapter  *7*

_____/ Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m)

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (if Secured also State Value of Security) |
|---|---|---|---|---|
| *1*<br>*NewAlliance Bank*<br>*195 Church Street*<br>*New Haven CT   06510* | Phone: *203-789-2767*<br>*NewAlliance Bank*<br>*195 Church Street*<br>*New Haven CT   06510* | | *Value:*<br>*Net Unsecured:* | *$ 87,772.00*<br>*$ 10,000.00*<br>*$ 77,772.00* |
| *2*<br>*IRS - Special Procedures*<br>*135 High Street*<br>*Stop 155*<br>*Hartford CT   06103* | Phone:<br>*IRS - Special Procedures*<br>*135 High Street*<br>*Stop 155*<br>*Hartford CT   06103* | *1040 taxes* | | *$ 54,000.00* |
| *3*<br>*MBNA America*<br>*P. O. Box 15027*<br>*Wilmington DE   19850-5027* | Phone: *800-673-1044*<br>*MBNA America*<br>*P. O. Box 15027*<br>*Wilmington DE   19850-5027* | *Credit Card for business* | | *$ 48,837.55* |
| *4*<br>*Mercedes-Benz Credit*<br>*P.O. Box 685*<br>*Roanoke TX   76262* | Phone:<br>*Mercedes-Benz Credit*<br>*P.O. Box 685*<br>*Roanoke TX   76262* | *Deficiency on car loan* | | *$ 30,000.00* |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (if Secured also State Value of Security) |
|---|---|---|---|---|
| 5<br>Advanta Bank Corp.<br>P.O. Box 30715<br>Salt Lake City UT 84130-0715 | Phone: 800-705-7255<br>Advanta Bank Corp.<br>P.O. Box 30715<br>Salt Lake City UT 84130-0715 | Credit Card for business | | $ 24,561.33 |
| 6<br>MBNA America<br>P. O. Box 15027<br>Wilmington DE  19850-5027 | Phone: 800-673-1044<br>MBNA America<br>P. O. Box 15027<br>Wilmington DE  19850-5027 | Credit Card for business | | $ 22,224.18 |
| 7<br>American Express<br>Customer Service<br>P. O. Box 297804<br>Ft. Lauderdale FL 33329-7804 | Phone: 877-571-4333<br>American Express<br>Customer Service<br>P. O. Box 297804<br>Ft. Lauderdale FL 33329-7804 | Credit Card for business | | $ 20,261.81 |
| 8<br>Citi Cards<br>P. O. Box 6062<br>Sioux Falls SD  57117 | Phone: 888-766-2484<br>Citi Cards<br>P. O. Box 6062<br>Sioux Falls SD  57117 | Credit Card | | $ 18,814.85 |
| 9<br>American Express<br>Customer Service<br>P. O. Box 297812<br>Ft. Lauderdale FL 33329-7812 | Phone: 877-571-4333<br>American Express<br>Customer Service<br>P. O. Box 297812<br>Ft. Lauderdale FL 33329-7812 | Credit Card for business | | $ 13,563.82 |
| 10<br>Citi Cards<br>P.O. Box 44230<br>Jacksonville FL  32231-4230 | Phone: 800-750-7453<br>Citi Cards<br>P.O. Box 44230<br>Jacksonville FL  32231-4230 | Credit Card for business | | $ 6,926.78 |
| 11<br>American Express<br>Customer Service<br>P. O. Box 7863<br>Ft. Lauderdale FL 33329-7863 | Phone: 800-297-6200<br>American Express<br>Customer Service<br>P. O. Box 7863<br>Ft. Lauderdale FL 33329-7863 | Credit Card primarily for busines | | $ 5,869.11 |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (if Secured also State Value of Security) |
|---|---|---|---|---|
| 12<br>First National Bank Omaha<br>P.O. Box 3696<br>Omaha NE  68103-0696 | Phone: 877-357-5659<br>First National Bank Omaha<br>P.O. Box 3696<br>Omaha NE  68103-0696 | Credit Card primarily for busines | | $ 5,100.38 |
| 13<br>Capital One<br>P.O. Box 30285<br>Salt Lake City UT<br>84130-0285 | Phone: 877-357-5659<br>Capital One<br>P.O. Box 30285<br>Salt Lake City UT<br>84130-0285 | Credit Card | | $ 4,811.65 |
| 14<br>MBNA America<br>P.O. Box 15469<br>Customer Service<br>Wilmington DE  19850-5469 | Phone: 800-673-1044<br>MBNA America<br>P.O. Box 15469<br>Customer Service<br>Wilmington DE  19850-5469 | Credit Card primarily for busines | | $ 3,046.57 |
| 15<br>Capital One<br>P.O. Box 30285<br>Salt Lake City UT<br>84130-0285 | Phone: 877-357-5659<br>Capital One<br>P.O. Box 30285<br>Salt Lake City UT<br>84130-0285 | Credit Card | | $ 2,635.00 |
| 16<br>MBNA America<br>P.O. Box 15469<br>Customer Service<br>Wilmington DE  19886-5469 | Phone: 800-673-1044<br>MBNA America<br>P.O. Box 15469<br>Customer Service<br>Wilmington DE  19886-5469 | Credit Card primarily for busines | | $ 2,402.56 |
| 17<br>Dutch Wharf Boat Yard & Marina<br>70 Maple Street<br>Branford CT  06405 | Phone:<br>Dutch Wharf Boat Yard & Marina<br>70 Maple Street<br>Branford CT  06405 | Lien for storage fees<br><br>*Value:<br>Net Unsecured:<br>*Prior Liens Exist | | $ 2,650.00<br><br>$ 18,603.00<br>$ 960.00 |
| 18<br>Sovereign Bank<br>P. O. Box 12646<br>Reading PA  19612-2646 | Phone:<br>Sovereign Bank<br>P. O. Box 12646<br>Reading PA  19612-2646 | <br><br>Value:<br>Net Unsecured: | | $ 11,617.00<br><br>$ 11,500.00<br>$ 117.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I, _____ , _____ of the *Individual Debtor* named
as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that
they are true and correct to the best of my knowledge, information and belief.

Date: *3/9/2006*         Signature */s/ Daniel A. Bullard* _____
                         Name: *Daniel A. Bullard*