UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| DANIEL A. BULLARD, | ) Case No. 06-30051 LMW |
| | ) |
| Debtor | ) August 8, 2006 |

OBJECTION TO CLAIM NO. 2, GE CAPITAL

1. This case was commenced by the filing of a voluntary petition under Chapter 7 of the Bankruptcy Code by Debtor Daniel A. Bullard and thereafter converted to a proceeding under Chapter 11 on Debtor's motion.

2. GE Capital has filed a claim herein in the sum of $9,161.09; however, such claim upon information and belief, and pursuant to a review of all records available to Debtor, is solely the liability of Debtor's former business corporation, Bullard Financial, Inc. Therefore the Debtor asserts that he has no personal liability and the claim should be disallowed in full in this individual Chapter 11 proceeding.

DANIEL A. BULLARD

By:/s/Carl T. Gulliver
Carl T. Gulliver (ct00944)
Coan, Lewendon, Gulliver & Miltenberger, LLC
495 Orange Street
New Haven, CT 06511
(203) 624-4756
(203) 865-3673 FAX
cgulliver@coanlewendon.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| DANIEL A. BULLARD, | ) Case No. 06-30051 LMW |
| | ) |
| Debtor | ) |

# PROPOSED

ORDER DISALLOWING CLAIM NO. 2, GE CAPITAL

Upon consideration of the objection of Daniel A. Bullard, after notice and a hearing, good cause having been shown, it is by the Court

ORDERED, that Claim No. 2 of GE Capital in the sum of $9,161.09 is hereby disallowed.